UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LYDIA HOYOS  ) | |
| Plaintiff,  ) | |
|  ) | |
| v.  ) | Civil Action No. 3-16-cv-818-FDW |
|  ) | |
| NANCY A. BERRYHILL,  ) | |
| Acting Commissioner of Social Security,  ) | |
|  ) | |
| Defendant.  ) | |

**ORDER**

THIS MATTER is before the Court on the parties' Consent Motion to Remand (Doc. No. 13). The Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings. Plaintiff's counsel consented to the Commissioner's Motion.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. §405 (g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS THEREFORE ORDERED that the Consent Motion to Remand (Doc. No. 13) is GRANTED.

IT IS SO ORDERED.

Signed: September 7, 2017

Frank D. Whitney
Chief United States District Judge