UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3-16-cv-818-FDW

| | |
|---|---|
| LYDIA HOYOS<br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

THIS MATTER is before the Court on Plaintiff's Consent Motion for Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) (Doc. No. 16). Having reviewed the motion, supporting memorandum and materials, and the case file, the Court determines Plaintiff should be awarded an attorney's fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,440.00.

IT IS ORDERED that Plaintiff's Motion for Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) (Doc. No. 16) is GRANTED, to the extent that the Court will award attorney fees in the amount of $4,440.00.

IT IS SO ORDERED.

Signed: April 18, 2018

Frank D. Whitney
Chief United States District Judge